UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JUDY LYNN WILDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:07-CV-107 |
| | ) | (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on February 12, 2008 [Doc. 14]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Magistrate Judge Guyton found that plaintiff's argument that she was denied due process is without merit. Magistrate Judge Guyton also found that the Administrative Law Judge's decision that plaintiff is not disabled is supported by substantial evidence in the record as a whole and recommended that plaintiff's motion for summary judgment [Doc. 11] be denied and that defendant Commissioner's motion for summary judgment [Doc. 12] be granted.

The Court has carefully reviewed this matter, including the underlying pleadings [Docs. 11, 12, 13]. The Court is in agreement with Magistrate Judge Guyton's recommendation which the Court adopts and incorporates into its ruling. Plaintiff's motion

for summary judgment [Doc. 11] is **DENIED** and defendant's motion for summary judgment [Doc. 12] is **GRANTED**. The Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 14], and this case is hereby **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE